IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON LEWIS,<br><br>  Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INS. CO., and SEDGWICK CLAIM MANAGEMENT INC.,<br><br>  Defendants. | CV 23–73–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Motion to Permit Remote Appearance at Preliminary Pretrial Conference. (Doc. 8.) The parties request permission for counsel to attend the preliminary pretrial conference on December 13, 2023, via telephone or video conference. (*Id.* at 1.) The parties indicate that they have discussed the case in detail and agree that remote appearance would be sufficient. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 8) is GRANTED. Counsel may appear remotely for the preliminary pretrial conference on December 13, 2023, by dialing 1-669-254-5353 and entering meeting ID 160 1303 0341# at the prompt.

DATED this 16th day of November, 2023.

_____
Dana L. Christensen, District Judge
United States District Court