IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JASON LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INS. CO., and SEDGWICK CLAIM MANAGEMENT INC.,<br><br>Defendants. | CV 23–73–M–DLC<br><br><br>ORDER |

Before the Court is the parties' stipulation to dismiss with prejudice. (Doc. 19.) The parties have stipulated to dismiss this case with prejudice, each party to pay their own costs and attorney's fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE with each party to pay their own costs and attorney's fees. The Clerk of Court is directed to close this file.

DATED this 20th day of June, 2024.

Dana L. Christensen, District Judge
United States District Court